**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     JONA HARVEY          :     CHAPTER 13
                                :
                                :
           DEBTOR               :     BANKRUPTCY No. 18-10339 JKF

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $6,500.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $2,000.00 |
| Net amount to be paid by Trustee | $4,520.00 |

The net amount ~~is to~~ *may* be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate, pursuant to the terms of the confirmed chapter 13 plan.

BY THE COURT:

Dated: March 6, 2019

*[signature: Jean K. Fitzsimon]*

_____
THE HONORABLE JEAN L. FITZSIMON

Dated: