United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-10339-jkf
Jona Harvey                                                         Chapter 13
Jona Harvey
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey               Page 1 of 1          Date Rcvd: Mar 07, 2019
                              Form ID: pdf900            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
```
db             +Jona Harvey,    MAILING ADDRESS,    PO Box 1512,    101 E. Baltimore Pike,    Media, PA 19063-3407
db            #+Jona Harvey,    391 E. Rosetree Road,    Media, PA 19063-1127
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, et. al.
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, et. al.
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY  PERLICK    on behalf of Debtor Jona  Harvey Perlick@verizon.net, pireland1@verizon.net
              ZACHARY  PERLICK    on behalf of Plaintiff Jona  Harvey Perlick@verizon.net, pireland1@verizon.net
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JONA HARVEY        :   CHAPTER 13
                            :
                            :
         DEBTOR             :   BANKRUPTCY No. 18-10339 JKF

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $6,500.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $2,000.00 |
| Net amount to be paid by Trustee | $4,520.00 |

The net amount ~~is to~~ *may* be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate, pursuant to the terms of the confirmed chapter 13 plan.

BY THE COURT:

Dated: March 6, 2019

*[signature: Jean K. FitzSimon]*

_____
THE HONORABLE JEAN L. FITZSIMON

Dated: