United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10339-jkf
Jona Harvey                                                             Chapter 13
Jona Harvey
     Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1          Date Rcvd: Mar 08, 2019
                              Form ID: 155              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
db             +Jona Harvey,    MAILING ADDRESS,    PO Box 1512,    101 E. Baltimore Pike,    Media, PA 19063-3407
db            #+Jona Harvey,    391 E. Rosetree Road,    Media, PA 19063-1127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, et. al.
      bkgroup@kmllawgroup.com
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, et. al.
      bkgroup@kmllawgroup.com
     SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     ZACHARY PERLICK    on behalf of Debtor Jona  Harvey Perlick@verizon.net, pireland1@verizon.net
     ZACHARY PERLICK    on behalf of Plaintiff Jona  Harvey Perlick@verizon.net, pireland1@verizon.net
                                                                                           TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jona Harvey
        Debtor(s)

Chapter: 13
Bankruptcy No: 18−10339−jkf

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 6, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                Jean K. FitzSimon
                Judge ,
                United States Bankruptcy Court

54
Form 155