# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jona Harvey
                Debtor

U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backed Certificates, Series 2005-AC7
                v.
Jona Harvey
                and
Scott Waterman Esq.
                Trustee

Chapter 13

NO. 18-10339 JKF

## ORDER

AND NOW, this 10th day of January, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on November 9, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backed Certificates, Series 2005-AC7 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 391 East Rosetree Road Media, PA 19063.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list