```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                      Case No. 18-10339-jkf
Jona Harvey                                                 Chapter 13
Jona Harvey
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Stacey                 Page 1 of 2                  Date Rcvd: Feb 26, 2020
                              Form ID: pdf900              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db             +Jona Harvey,    MAILING ADDRESS,    PO Box 1512,    101 E. Baltimore Pike,    Media, PA 19063-3407
db             +Jona Harvey,    391 E. Rosetree Road,    Media, PA 19063-1127
14041812       +AMCOL Systems,    111 Lancewood Road,    Columbia, SC 29210-7523
14041815       +Catka Fine Carpentry, Inc.,    4825 Greenwood Street,    Brookhaven, PA 19015-1114
14041816        Citibank,    P.O. Box 6305,    The Lakes, NV 88901-6305
14041817       +Citibank, N.A.,    c/o Dynia & Assoc.,    1400 E. Touhy Ave.,    Des Plaines, IL 60018-3305
14041819        Crozer-Keystone Health Systems,    c/o Financial Recoveries,    P.O. Box 1388,
                 Mount Laurel, NJ 08054-7388
14041820       +Dr. Horowitz, MD,    c/o NBCC,    P.O. Box 16,    Irvington, NY 10533-0016
14041821        E C Clarke,    345 Farnum Road,    Media, PA 19063-1605
14041823       +FIA Card Services,    1000 Samoset Drive,    Newark, DE 19713-6000
14041824       +Independence Blue Cross,    1901 Market Street,    Philadelphia, PA 19103-1475
14041826       +Jay Greene Photography,    210 N. Cass St.,    Middletown, DE 19709-1009
14041827       +Media Fire Co./Ambulance Svc.,    c/o United Revenue Collection Servi,    P.O. Box 1184,
                 Langhorne, PA 19047-6184
14041832        Southeast Radiology,    c/o I.C. Systems, Inc.,    P.O. Box 64437,    Saint Paul, MN 55164-0437
14041833       +Southeast Radiology Ltd.,    c/o The Rose Law Firm, PLLC,    P.O. Box 5560,
                 Hopkins, MN 55343-0492
14041822        e Cast Settlement Corp.,    P.O. Box 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:28:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 27 2020 03:28:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14041814        E-mail/Text: kellyp@ccpdocs.com Feb 27 2020 03:28:57     Cardiology Consultants PH,
                 207 North Broad Street, 3rd Fl.,    Philadelphia, PA 19107-1500
14041818       +E-mail/Text: egssupportservices@alorica.com Feb 27 2020 03:28:34     Crozer ED Phys.,
                 c/o NCO Financial Systems,    5 Penn Center West, Ste. 100,    Pittsburgh, PA 15276-0126
14041825        E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 27 2020 03:28:00     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14041828        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:28:16     PA Department of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
14041829       +E-mail/Text: convergent@ebn.phinsolutions.com Feb 27 2020 03:28:39     RBS Citizens Bank,
                 c/o Convergent Outsourcing, Inc.,    P.O. Box 9004,    Renton, WA 98057-9004
14041830        E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 03:29:01
                 Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
14041831        E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 03:29:01
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14041834        E-mail/Text: bankruptcy@td.com Feb 27 2020 03:28:31     TD Bank,    1701 Route 70 East,
                 Cherry Hill, NJ 08034
14041835        E-mail/Text: bankruptcy@td.com Feb 27 2020 03:28:31     TD Bank, N.A.,    P.O. Box 9547,
                 Portland, ME 04112-9547
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14041836       various residential leases
14083043*      Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14041813     ##+By-Pass Garage, Inc.,    1491 N. Providence Road,    Media, PA 19063-1154
                                                                                TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: Stacey                Page 2 of 2                  Date Rcvd: Feb 26, 2020
                              Form ID: pdf900             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association, et. al.
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, et. al.
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY   PERLICK    on behalf of Debtor Jona  Harvey Perlick@verizon.net, pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Plaintiff Jona  Harvey Perlick@verizon.net, pireland1@verizon.net
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| JONA HARVEY | Bankruptcy No. 18-10339-JKF |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 26, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE